

Monday, March 24, 2014

No. 13–6004/AF. U.S. v. Samuel A. Wicks. CCA 2013–08. On consideration of Appellee's petition for reconsideration of the Court's opinion, 73 M.J. 93 (C.A.A.F. 2014), it is ordered that said petition for reconsideration is denied.

